UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                  CASE NO: 6:17-cr-286-Orl-31TBS

SHANTA WHITEHEAD

    Defendant.

## ORDER

This case comes before the Court without a hearing on Defendant Shanta Whitehead's Motion to File Under Seal (Doc. 51). Defendant has filed a sentencing memorandum to which she has attached a psychological report prepared by a Dr. McClain, PhD (Doc. 50-1). Although the Court has not seen Dr. McClain's report, Defendant represents that it contains information that is personal and private under the Health Insurance Portability and Accountability Act of 1996, P.L. 104-191, 45 C.F.R. Parts 160, 164 (Id.). The government does not oppose the motion. Based upon Defendant's representation, the Court finds good cause, and the motion is **GRANTED**. The Clerk shall accept and maintain **UNDER SEAL**, Dr. McClain's psychological report. This document shall remain under sealed until the Court directs that it be unsealed.

**DONE** and **ORDERED** in Orlando, Florida on July 24, 2018.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Shanta Whitehead